### DAY v. LEAVENSWORTH.

Public securities payable on demand — estimated at the time of the contract.

ACTION on bond for £1,000; conditioned to pay £859 in loan-office certificates of the United States, payable on demand, dated the 10th of March, A. D. 1790. Special demand made on the 25th of May, A. D. 1791.

Case was defaulted — And upon a hearing in damages, the court assessed the damages according to the value of the securities at the date of the bond, they being immediately due and payable at the option of the creditor, and not at the time of the demand. See Babbet v. Balding, and Curtice v. Whipo, Fairfield August Term, A. D. 1792.